BP-S148.055   INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 10·14·25 |
|---|---|
| Social Worker | |
| FROM: Quincy Adderly | REGISTER NO.: 25997104 |
| WORK ASSIGNMENT: N/A | UNIT: NB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I'm Requesting a compassionate Release under 18 USC 3582 modified medical conditions. My caregiver is my wife Tashima Adderly 3410 N.W. 33Rd Court, Lauderdale Lake, FL 33309

Mrs Quincy Adderly
Date: 10-14-2025

(Do not write below this line)

DISPOSITION:

Recieved

Signature Staff Member       Date
T.S.                         10-14-25

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94