

U. S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution II*
P.O. Box 1500
Butner, North Carolina 27509

---

DATE:            October 24, 2025

REPLY TO
ATTN OF:   D. Leu, Acting Complex Warden
                    FCI Butner II, North Carolina

TO:                ADDERLY, Quincy
                    Register No.: 25997-104

SUBJECT:   Reduction in Sentence

This memorandum is in response to your request to staff received October 14, 2025, in which you requested to be considered for a Reduction in Sentence (RIS) under medical conditions criteria.

At this time, you do not meet the guidelines outlined in Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 (c)(1)(A) and 4205(g), 3b., Debilitated Medical Condition. You do not have a debilitated medical condition, and you are independent of your activities of daily living and your current medical conditions remain under control. Accordingly, your RIS request is denied at this time.

At present, you are receiving appropriate medical care and treatment by Health Services staff. We are committed to providing you with the necessary and appropriate care for your medical needs.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.