```
MIAG2            *        INMATE DISCIPLINE DATA         *     01-06-2026
PAGE 001 OF 001  *     CHRONOLOGICAL DISCIPLINARY RECORD  *     08:11:18

REGISTER NO: 25997-104 NAME..: ADDERLY, QUINCY JEROME
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-06-2026

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4068955 - SANCTIONED INCIDENT DATE/TIME: 02-13-2025 1400
DHO HEARING DATE/TIME: 02-25-2025 1003          DHO REPT DEL: 03-27-2025 0800
FACL/CHAIRPERSON.....: BTF/T. RICE
REPORT REMARKS.......: CELLMATE CLAIMED OWNERSHIP OF WEAPON AND SUBOXONE. I/M D
                       ENEID POSSESS MARIJUANA FOUND ON HIM. GW SUPPORT
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DTC
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOW 41 DAYS GCT
        DS         / 20 DAYS / CS
                FROM: 02-25-2025  THRU: 03-16-2025
        COMP:    LAW:    20 DAYS D/S
        LP COMM    / 6 MONTHS / CS
                FROM: 02-25-2025  THRU: 08-24-2025
        COMP:    LAW:    6 MTHS LP COMM
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3896798 - SANCTIONED INCIDENT DATE/TIME: 02-18-2024 1220
DHO HEARING DATE/TIME: 04-17-2024 1013          DHO REPT DEL: 05-17-2024 0833
FACL/CHAIRPERSON.....: BTF/T. RICE
REPORT REMARKS.......: I/M ADMITTED TO USING ANOTHER I/M PHONE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS GCT
        LP COMM    / 4 MONTHS / CS
                FROM: 04-17-2024  THRU: 08-16-2024
        COMP:    LAW:    4 MTHS LP COMM
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3820778 - SANCTIONED INCIDENT DATE/TIME: 09-01-2023 1500
DHO HEARING DATE/TIME: 09-19-2023 0818          DHO REPT DEL: 09-29-2023 1200
FACL/CHAIRPERSON.....: BTF/T. RICE
REPORT REMARKS.......: I/M ADMITTED TO POSSESSION OF SUBOXONE
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DXC
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOW 41 DAYS GCT
        DS         / 20 DAYS / CS
                FROM: 09-19-2023  THRU: 10-08-2023
        COMP:    LAW:    20 DAYS D/S
        LP COMM    / 6 MONTHS / CS
                FROM: 09-19-2023  THRU: 03-18-2024
        COMP:    LAW:    6 MTHS LOSS COMM




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```